UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| JOSE ZARZUELA, Individually, and On Behalf of All Others Similarly Situated, |
| Plaintiff, |
| -v- |
| ELITE STRENGTH EQUIPMENT, LLC, |
| Defendant. |

CIVIL ACTION NO.: 22 Civ. 10844 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 21, 2023, the Court scheduled an initial conference for April 18, 2023 and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "PCMP") by April 11, 2023.  (ECF No. 10 (the "Feb. 21 Order")).  The parties failed to comply with the Feb. 21 Order or to request an extension of time to do so.  As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the PCMP by **April 13, 2023**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.  To the extent the parties disagree about any portion of the PCMP, they may set forth their respective proposals for the disputed provision, without argument.

Dated:      New York, New York
            April 12, 2023

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**