UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ZARZUELA, Individually, and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>-v-<br><br>ELITE STRENGTH EQUIPMENT, LLC,<br><br>                      Defendant. | CIVIL ACTION NO.: 22 Civ. 10844 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On April 18, 2023, the Court directed the parties to file a joint letter (the "Letter") reporting on the status of their settlement discussions and advising whether they wish for the Court to conduct a settlement conference" by June 2, 2023. (ECF No. 13 at 5). The parties failed to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **June 14, 2023**.

Dated:      New York, New York
              June 12, 2023

                                                SO ORDERED.

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**