UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ZARZUELA, Individually, and On Behalf of All Others Similarly Situated,

            Plaintiff,

-v-

ELITE STRENGTH EQUIPMENT, LLC,

            Defendant.

CIVIL ACTION NO.: 22 Civ. 10844 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 20 is GRANTED, and the Court orders as follows:

1. All case deadlines are ADJOURNED sine die.

2. By **September 8, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Andrew L. Carter, Jr.

Dated:    New York, New York
            July 12, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**